AO 455 (Rev. 01/09) Waiver of an Indictment

# UNITED STATES DISTRICT COURT
for the
Eastern District of Virginia

| United States of America | ) | |
|---|---|---|
| v. | ) | Case No. 1:13-cr-74 |
| KEITH HEDMAN | ) | |
| *Defendant* | ) | |

*FILED IN OPEN COURT*
*MAR 13 2013*

## WAIVER OF AN INDICTMENT

I understand that I have been accused of one or more offenses punishable by imprisonment for more than one year. I was advised in open court of my rights and the nature of the proposed charges against me.

After receiving this advice, I waive my right to prosecution by indictment and consent to prosecution by information.

Date: 03/13/2013

*Defendant's signature*

*Signature of defendant's attorney*

Mark Srere, Esq.
*Printed name of defendant's attorney*

/s/
Gerald Bruce Lee
United States District Judge
*Judge's signature*

The Honorable Gerald Bruce Lee
*Judge's printed name and title*